# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LUIS ALFONSO HERNANDEZ-CRUZ,<br><br>　　　　　　　　　Defendant. | Case No. 17-cr-1800-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT**<br><br>[ECF No. 16] |

Presently before the Court is the United States of America's motion to dismiss the indictment against Defendant Luis Alfonso Hernandez-Cruz without prejudice, filed at the latest possible moment as the Court prepares for its law-and-motion calendar. The only basis for the dismissal provided by the Government is that the dismissal is "in the furtherance of the interests of justice." (Gov't's Mot. 1:22-23.)

Though the Government neither provides an adequate reason nor factual basis justifying dismissal, the Court nonetheless **GRANTS** the Government's motion, and **DISMISSES WITHOUT PREJUDICE** the indictment. *See* Fed. R. Crim. P. 48(a); *United States v. Olmos-Gonzales*, 993 F. Supp. 2d 1234, 1235 (S.D. Cal. 2014)

(Moskowitz, C.J.). The Court further **ORDERS** Mr. Hernandez-Cruz's immediate release from federal custody.

**IT IS SO ORDERED.**

**DATED: August 11, 2017**

Hon. Cynthia Bashant
United States District Judge